[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 2, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-12820
Non-Argument Calendar
_____

D. C. Docket No. 05-00272-CR-J-20-TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDUARDO IRVIN,
a.k.a. Marc Jean Phillipe,
a.k.a. Wayne Alfanso Wilmot,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 2, 2007)

Before BIRCH, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Lynn Palmer Bailey, appointed appellate counsel for Eduardo Irvin, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Irvin's conviction and sentence are **AFFIRMED**.